**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: D.L.-P.H., A MINOR | : | No. 266 WAL 2019 |
| | : | |
| | : | |
| PETITION OF: J.C.(A.)G., NATURAL MOTHER | : : | Petition for Allowance of Appeal from the Order of the Superior Court |
| IN RE: T.R.H., A MINOR | : | No. 267 WAL 2019 |
| | : | |
| | : | |
| PETITION OF: J.C.(A.)G., NATURAL MOTHER | : : | Petition for Allowance of Appeal from the Order of the Superior Court |
| IN RE: T.L.L.H., A MINOR | : | No. 268 WAL 2019 |
| | : | |
| | : | |
| PETITION OF: J.C.(A.)G., NATURAL MOTHER | : : | Petition for Allowance of Appeal from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.